Argued and submitted September 25, affirmed October 23, 1991

Teresa JENSEN,
*Appellant,*

*v.*

Dr. Kurt DeLONG,
Dr. Goodman-Cherrier, P.C.
and Dr. Edward Goodman-Cherrier,
*Respondents.*

(A8901-00046; CA A64423)

818 P2d 1295

Lloyd W. Weisensee, Portland, argued the cause for appellant. With him on the briefs were Michael D. Williams and Williams, Fredrickson, Stark, Weisensee & Goldsmith, P.C., Portland.

Janet M. Schroer, Portland, argued the cause for respondents. With her on the brief were David K. Miller and Schwabe, Williamson & Wyatt, Portland.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Deits, Judge.

PER CURIAM

## PER CURIAM

Plaintiff appeals from a judgment for defendants in this dental malpractice action. She alleged claims for negligence and for violation of the Oregon Racketeer Influenced and Corrupt Organization Act (ORICO), ORS 166.715 to ORS 166.735. The trial court granted defendants' motion to dismiss the ORICO allegations for failure to state claims. The negligence claim was then tried to a jury, which found for defendants.

Plaintiff's assignments of error relating to the negligence claim are not well taken, and we reject them without discussion. She also assigns error to the dismissal of the ORICO claims. However, even if there was error in that respect, it was harmless. The facts that the jury necessarily found in deciding the negligence claim are contrary to any possible finding of damages under the ORICO allegations.

Affirmed.